UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

U.F., *individually and on behalf of E.M.*,

                        **Plaintiffs,**                **23-CV-8745 (DEH) (VF)**

    **-against-**                                      **ORDER**

**NEW YORK CITY DEPARTMENT OF
EDUCATION,**

                        **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are ordered to file a joint status letter by **April 18, 2025**.

**SO ORDERED.**

DATED:    New York, New York
               April 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge