

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2026

The sealing request is GRANTED. The Clerk of the Court is respectfully directed to maintain the "SELECTED PARTIES" viewing level at ECF No. 19 and close the motion at ECF No. 18.

# CUDDY LAW FIRM, P.L.L.C.

May 7, 2025

Valerie Figueredo
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

**Re:     U.F., et al. v.  New York City Dept. of Educ., 23-cv-8745-DEH-VF**

Dear Hon. Figueredo:

I am one of the attorneys assigned to Plaintiff's above-captioned case at Cuddy Law Firm, P.L.L.C. Plaintiff respectfully seeks to file the administrative record under seal for the forthcoming fee motion. Defendant consents to this request.

This matter concerns U.F.'s son, E.M., a minor child with a disability, who has a regularly recognized and established right to privacy concerning the type of documents proposed; namely, the administrative record of an Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, impartial due process hearing. The parties have met and conferred, and understand that the administrative record itself is replete with Individualized Education Program ("IEP") documents, student assessments, data collection on the student, and similar records that are independently confidential, rendering any attempted redaction extremely burdensome. Notably, in addition to the IDEA and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, New York's regulations implementing the IDEA require the confidentiality and preservation thereof as to personally identifiable data, information, or records pertaining to students with disabilities. 8 N.Y.C.R.R. §§ 200.2(b)(6), (b)(11)(ii), 200.5(e).

Due to the administrative record's voluminous size, the undersigned will file the proposed sealed document as two exhibits, which divide the administrative record approximately in half.

Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

1