UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.F., individually, and on behalf of E.M., a child with
a disability,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

23-cv-08745 (DEH)(VF)

**JUDGMENT**

**WHEREAS** on December 6, 2021, Plaintiffs requested a due process hearing pursuant to 20 U.S.C. § 1415(f)(1) via due process complaint ("DPC").

**WHEREAS**, the DPC was assigned case number 222437.

**WHEREAS** on October 24, 2022, IHO Nasser issued a Findings of Fact and Decision ("FOFD") finding Plaintiffs to be the prevailing party in case number 222437.

**WHEREAS** on October 5, 2023, Plaintiffs commenced this action under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. 1400 et seq., seeking an order awarding to the Plaintiffs costs, expenses and attorneys' fees for the administrative proceeding in case number 222437 pursuant to 20 U.S.C. § 1415; together with prejudgment and post-judgment interest thereupon.

**WHEREAS** on May 23, 2025, Plaintiffs filed a Motion for Summary Judgment (ECF No. 21); on June 23, 2025, Defendant filed an Opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 45).

**WHEREAS** on February 13, 2026, U.S. Magistrate Judge Valerie Figueredo issued a Report and Recommendation ("R&R") (ECF No. 49) which recommended that Plaintiffs' motion be GRANTED in part and DENIED in part. Specifically, that Plaintiffs be awarded $25,167.85

1

in attorney's fees and $491.76 in costs and be awarded post-judgment interest, accruing from the date of judgment on the unpaid amount of the judgment at the rate established by 28 U.S.C. 1961(a).

**WHEREAS** on March 30, 2026, this Court entered a Memorandum Opinion and Order adopting the R&R. (ECF No. 54).

Accordingly, IT IS HEREBY **ADJUDICATED AND ORDERED** that, for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2026, Plaintiffs' motion for summary judgment is **GRANTED** in part and **DENIED** in part. Plaintiff is awarded $25,167.85 in attorneys' fees and $491.76 in costs. These sums will be subject to post-judgment interest, pursuant to 28 U.S.C. § 1961(a). The Clerk of Court is respectfully directed to close this case.

Dated: March 31, 2026
New York, New York

_____
DALE E. HO
United States District Judge

2